**Robert Jason VOEPEL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 63118.**

Missouri Court of Appeals, Western District.

June 29, 2004.

Amy M. Bartholow, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels, Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before JOSEPH M. ELLIS, C.J., THOMAS H. NEWTON and LISA WHITE HARDWICK, JJ.

### ORDER

PER CURIAM.

Mr. Robert Jason Voepel appeals the denial of his Rule 24.035 post-conviction relief motion after an evidentiary hearing.

For the reasons explained in the memorandum furnished to the parties, we affirm the judgment of the motion court. Rule 84.16(b).